Please Restrict ALL Exhibits

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2023 FEB -6 P 3: 01
CLERK OF COURT

Lisa L. Jacobsn

2/6/23

EXEC order 13985 exhibit A

CC: Author of Exec order 13985