UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LISA LYNN JACOBSON,**
    **Plaintiff,**

   v.                                                        Case No. 23-C-0155

**NOAH PINES, ROSS AND PINES, LLC**
    **Defendants.**

---

## ORDER

In a prior order, I denied plaintiff's motion to proceed without prepaying the filing fee and dismissed her complaint. However, I granted her an opportunity to file an amended motion to proceed without prepaying the filing fee and an amended complaint. Such documents were due by February 24, 2023, and I warned plaintiff that her case would be dismissed if she did not file the documents by that deadline. To date, plaintiff has not filed either document. (The court received some documents from the plaintiff on February 13, 2023, the same day my prior order was entered, but those documents are not responsive to that order.) Accordingly, this case will be dismissed.

For the reasons stated, **IT IS ORDERED** that this action is **DISMISSED**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 4th day of March, 2023.

                                                         /s/Lynn Adelman
                                                         LYNN ADELMAN
                                                         United States District Judge